```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :   22cv5987(DLC);  23cv1607(DLC);
In re: Daily Harvest, Inc.         :   23cv1617(DLC);  23cv1620(DLC);
Products Liability Litigation      :   23cv1627(DLC);  23cv1633(DLC);
                                   :   23cv1640(DLC);  23cv1643(DLC);
---------------------------------- X   23cv1648(DLC);  23cv1649(DLC);
                                       23cv1651(DLC);  23cv1653(DLC);
                                       23cv1658(DLC);  23cv1659(DLC);
                                       23cv1660(DLC);  23cv1662(DLC);
                                       23cv1663(DLC);  23cv1664(DLC);
                                       23cv1666(DLC);  23cv1668(DLC);
                                       23cv1672(DLC);  23cv1673(DLC);
                                       23cv1681(DLC);  23cv1683(DLC);
                                       23cv1686(DLC);  23cv1688(DLC);
                                       23cv1692(DLC);  23cv1694(DLC);
                                       23cv1703(DLC);  23cv1705(DLC);
                                       23cv1709(DLC);  23cv1712(DLC);
                                       23cv1713(DLC);  23cv1718(DLC);
                                       23cv1721(DLC);  23cv1725(DLC);
                                       23cv1727(DLC);  23cv1732(DLC);
                                       23cv1734(DLC);  23cv1736(DLC);
                                       23cv1737(DLC);  23cv1740(DLC);
                                       23cv1741(DLC);  23cv1742(DLC);
                                       23cv1743(DLC);  23cv1744(DLC);
                                       23cv1745(DLC);  23cv1748(DLC);
                                       23cv1750(DLC);  23cv2038(DLC);
                                        23cv2466(DLC); 23cv2607(DLC)
```

<u>ORDER</u>

DENISE COTE, District Judge:

In a letter of April 11, the parties jointly requested an extension of the deadline to answer in several newly filed cases in this litigation. It is hereby

ORDERED that the request for an extension of time for defendants Daily Harvest, Inc., Second Bite Foods, Inc., and Smirk's Ltd. to file answers to the complaints in the below

cases is granted.  The defendants' answers to the complaints in the following cases shall be due June 5, 2023:

- Burkatsky v. Daily Harvest, Inc., et al., 23cv1607;
- Jannerone v. Daily Harvest, Inc., et al., 23cv1617;
- Kroon v. Daily Harvest, Inc., et al., 23cv1620;
- Lindgren v. Daily Harvest, Inc., et al., 23cv1627;
- Livsey v. Daily Harvest, Inc., et al., 23cv1633;
- Long v. Daily Harvest, Inc., et al., 23cv1640;
- MacPhee v. Daily Harvest, Inc., et al., 23cv1643;
- Morris-Metzger v. Daily Harvest, Inc., et al., 23cv1648;
- Selby v. Daily Harvest, Inc., et al., 23cv1649;
- Slaughter v. Daily Harvest, Inc., et al., 23cv1651;
- Strafaci v. Daily Harvest, Inc., et al., 23cv1653;
- Lopez v. Daily Harvest, Inc., et al., 23cv1658;
- Merrill v. Daily Harvest, Inc., et al., 23cv1659;
- Niculescu v. Daily Harvest, Inc., et al., 23cv1660;
- Noel v. Daily Harvest, Inc., et al., 23cv1662;
- Ocasio v. Daily Harvest, Inc., et al., 23cv1663;
- Proulx v. Daily Harvest, Inc., et al., 23cv1664;
- Rubinowitz v. Daily Harvest, Inc., et al., 23cv1666;
- Sansweet v. Daily Harvest, Inc., et al., 23cv1668;

- <u>Sela v. Daily Harvest, Inc., et al.</u>, 23cv1672;
- <u>Vitali v. Daily Harvest, Inc., et al.</u>, 23cv1673;
- <u>Espinal v. Daily Harvest, Inc., et al.</u>, 23cv1681;
- <u>Eviston v. Daily Harvest, Inc., et al.</u>, 23cv1683;
- <u>Capretta v. Daily Harvest, Inc., et al.</u>, 23cv1686;
- <u>Porzel v. Daily Harvest, Inc., et al.</u>, 23cv1688;
- <u>Tipton v. Daily Harvest, Inc., et al.</u>, 23cv1692;
- <u>Hines v. Daily Harvest, Inc., et al.</u>, 23cv1694;
- <u>Butalid v. Daily Harvest, Inc., et al.</u>, 23cv1703;
- <u>Churchill v. Daily Harvest, Inc., et al.</u>, 23cv1705;
- <u>Cornutt v. Daily Harvest, Inc., et al.</u>, 23cv1709;
- <u>Dean v. Daily Harvest, Inc., et al.</u>, 23cv1712;
- <u>Deeke v. Daily Harvest, Inc., et al.</u>, 23cv1713;
- <u>Downing v. Daily Harvest, Inc., et al.</u>, 23cv1718;
- <u>Effner v. Daily Harvest, Inc., et al.</u>, 23cv1721;
- <u>Ertel v. Daily Harvest, Inc., et al.</u>, 23cv1725;
- <u>Fischer v. Daily Harvest, Inc., et al.</u>, 23cv1727;
- <u>Fitzgerald v. Daily Harvest, Inc., et al.</u>, 23cv1732;
- <u>Goldbach v. Daily Harvest, Inc., et al.</u>, 23cv1734;
- <u>Kerr v. Daily Harvest, Inc., et al.</u>, 23cv1736;
- <u>Justice v. Daily Harvest, Inc., et al.</u>, 23cv1737;

- Hobbie v. Daily Harvest, Inc., et al., 23cv1740;

- Lynch v. Daily Harvest, Inc., et al., 23cv1741;

- Mercado v. Daily Harvest, Inc., et al., 23cv1742;

- Puissegur v. Daily Harvest, Inc., et al., 23cv1743;

- Kraynick v. Daily Harvest, Inc., et al., 23cv1744;

- Mount v. Daily Harvest, Inc., et al., 23cv1745;

- Doran v. Daily Harvest, Inc., et al., 23cv1748;

- Ion v. Daily Harvest, Inc., et al., 23cv1750;

- Greene v. Daily Harvest, Inc., et al., 23cv2038;

- Street v. Daily Harvest, Inc., et al., 23cv2466;

- Thomas v. Daily Harvest, Inc., et al., 23cv2607.

Dated:   New York, New York
         April 11, 2023

                              _____
                                      DENISE COTE
                              United States District Judge